Wednesday, July 9, 2014

Misc. No. 14–8021/AF. U.S. v. Brian C. Kates. CCA S32018. Notice is hereby given that a writ-appeal petition for review of the United States Air Force Court of Criminal Appeals decision on application for extraordinary relief in the nature of a writ of error coram nobis was filed under Rule 27(b) this date.

No. 14–0581/AR. U.S. v. Sean M. Hall. CCA 20130178. Appellant's motion to file additional matters pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), is hereby granted.

Thursday, July 10, 2014

Misc. No. 14–8022/AF. Michael J. Roy, Appellant v. U.S., Appellee. CCA 38089. Notice is hereby given that a writ-appeal petition for review of the United States Air Force Court of Criminal Appeals' decision on Appellant's application for extraordinary relief in the nature of a writ of error coram nobis was filed under Rule 27(b).

No. 13–7001/AR. U.S. v. Hasan K. Akbar. CCA 20050514. Appellant's motion for leave to delay a response to the motion to withdraw as counsel is granted to July 15, 2014.

Monday, July 14, 2014

No. 14–0673/AR. U.S. v. Christopher L. Moyers. CCA 20110975. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to an including July 23, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0678/NA. U.S. v. Richard B. Freeman III. CCA 201300102. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including August 1, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*